UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.S. et al.,

                              Plaintiffs,

    -against-                                              No. 19 Civ. 11419 (CM)(GWG)

NEW YORK CITY DEPARTMENT
OF EDUCATION,

                              Defendant.

**ORDER**

McMahon, C.J.:

       Defendant New York City Department of Education has 14 days (until January 19, 2021)
to either pay the settlement owed to Plaintiffs or respond to the motion to reopen explaining why
it has not yet paid and why the Court should not enter a judgment on the settlement. There will
be no extension of this deadline.

Dated:  January 5, 2021
            New York, New York

                                                   _____

                                                                Chief Judge

BY ECF TO ALL PARTIES