**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
C.S. and H.S.,

|                          |                          |
|--------------------------|--------------------------|
|              Plaintiffs, | 19 **CIVIL** 11419 (CM) (GWG) |
|            -against-     |          **JUDGMENT**    |

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                              Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Decision and Order dated April 8, 2021, the Plaintiff's

motion is, therefore, granted. Plaintiff shall have judgment in the amount of $540.59, which is

equal to the interest on $12,600, from July 30, 2020 through January 20, 2021, the date when

attorneys' fees were finally paid. The pre-judgment rate of interest shall be the rate applicable to

state judgment, which is 9%. Post-judgment interest shall accrue at the rate applicable to federal

judgments pursuant to 28 U.S.C. § 1961

**Dated:**  New York, New York
             April 9, 2021

                                        **RUBY J. KRAJICK**
                              _____
                                        **Clerk of Court**
          **BY:**
                                        **Deputy Clerk**